Jack Silver, Esq. SB# 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel. 707-528-8175
Fax. 707-528-8675
Email: lhm28843@sbcglobal.net

Jerry Bernhaut, Esq. SB# 206264
23 Woodgreen Street
Santa Rosa, CA 95409
Tel. (707) 595-1852
Fax. (707) 528-8675
Email: j3bernhaut@gmail.com

Attorneys for Plaintiff
CALIFORNIA ENVIRONMENTAL PROTECTION ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA ENVIRONMENTAL PROTECTION ASSOCIATION, a private corporation,<br><br>Plaintiff,<br>v.<br><br>SONOMA SOIL BUILDERS, LLC and DOES 1-10, inclusive,<br><br>Defendants.<br>_____ / | CASE NO: 3:15-cv-04880 KAW<br><br>**EXPEDITED MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE; DECLARATION OF JERRY BERNHAUT; [PROPOSED] ORDER**<br>**[Civil L. R. 16-2(d)]**<br><br>Case Mgmt Conf.:   January 26, 2016 |

Plaintiff CALIFORNIA ENVIRONMENTAL PROTECTION ASSOCIATION hereby moves for relief from the Order Setting Initial Case Management Conference and ADR Deadlines issued by this Court on October 26, 2015, (Dkt #4) in that Plaintiff moves to extend all deadlines set in said Order for period of sixty (60) days.

Dated: November 13, 2015        LAW OFFICE OF JERRY BERNHAUT

                                By:    /s/ Jerry Bernhaut
                                Jerry Bernhaut
                                Attorney for Plaintiff
                                CALIFORNIA ENVIRONMENTAL
                                PROTECTION ASSOCIATION

## DECLARATION OF JERRY BERNHAUT

1. I am co-counsel for Plaintiff California Environmental Protection Association ("CEPA") herein, have personal knowledge of all matters stated herein, and, if called as a witness, could and would testify competently thereto.

2. This action is a complaint for injunctive relief, civil penalties, restitution and remediation brought against Defendant for current and ongoing violations of the Clean Water Act ("CWA"), 33 U.S.C. §1251 *et seq*. The action was filed on October 23, 2015. Attached as Exhibit A to the initial Complaint is the April 30, 2015 Supplemental Notice of Violations and Intent to File Suit served on Defendant. No appearance has been filed on behalf of named Defendant.

3. On November 5, 2015, CEPA served named Defendant with a Second Supplemental CWA 60-day notice encompassing additional violations of the CWA. The notice was also served on Shiloh Oaks Company LLC, known to CEPA to be the owner of the real property which is the subject of this litigation. Following the expiration of the 60-day hold period (January 9, 2016) CEPA will amend its current Complaint to include the allegations set forth in the November 5, 2015 Second Supplemental Notice and to add additional parties.

4. As the current scheduling Order sets a deadline to meet and confer under FRCP 26(f) by January 6, 2016 and an Initial Case Management Conference on January 26, 2016, I am requesting all deadlines be extended for a period of sixty (60) days to allow CEPA the opportunity to file and serve an amended Complaint, and for named defendants to file a responsive pleading within the statutory time allowed.

5. The sixty (60) day continuance requested will not hinder or harm any proceedings in this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in Santa Rosa, California on November 13, 2015.

                                                        /s/ *Jerry Bernhaut*
                                                        JERRY BERNHAUT

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby,

**ORDERED,** that the deadlines set forth in Order Setting Initial Case Management Conference and ADR Deadlines be extended as follows:

Last day to:
• meet and confer re: initial disclosures, early    -    March 1, 2016
  settlement, ADR process selection, and
  discovery plan

• file ADR Certification signed by Parties and Counsel

• file either Stipulation to ADR Process or Notice
  of Need for ADR Phone Conference

Last day to file Rule 26(f) Report, complete initial    -    March 15, 2016
disclosures and File Case Management Statement

Initial Case Management Conference    -    ~~March 22, 2016~~  April 5, 2016
1:30 p.m. - 1301 Clay Street, Oakland CA 94612

Dated: 11/13/15                 _____
                                KANDIS A. WESTMORE
                                UNITED STATES MAGISTRATE JUDGE

3:15-cv-04880 KAW                          3
Expedited Motion For Relief from Case Mgmt Schedule