1   STEPHAN C. VOLKER (SBN 63093)
    ALEXIS E. KRIEG (SBN 254548)                          10.579.02
2   STEPHANIE L. CLARKE (SBN 257961)
    LAW OFFICES OF STEPHAN C. VOLKER
3   436 14th Street, Suite 1300
    Oakland, California 94612
4   Tel:    510/496-0600
    Fax:    510/496-1366
5   Email:  svolker@volkerlaw.com

6   Attorneys for Plaintiff
    CALIFORNIA ENVIRONMENTAL PROTECTION ASSOCIATION
7
    PETER L. SIMON (SBN 178393)
8   BEYERS COSTIN SIMON
    A Professional Corporation
9   200 Fourth Street, Suite 400
    P.O. Box 878
10  Santa Rosa, California 95402-0878
    Tel:    707/547-2000
11  Fax:    707/526-2746

12  Attorneys for Defendant
    SONOMA SOIL BUILDERS, INC., a California corporation
13

14                  UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16  CALIFORNIA ENVIRONMENTAL        )   Case No.  4:15-cv-04880-KAW
    PROTECTION ASSOCIATION,         )
17                                  )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER CONTINUING CASE**
18              Plaintiff,          )   **MANAGEMENT AND DISCOVERY**
                                    )   **DATES**   AS MODIFIED
19       v.                         )
                                    )   Case Mgmt Conf.:   October 4, 2016
20  SONOMA SOIL BUILDERS, INC and   )   Time: 1:30 p.m.
    DOES 1-30, inclusive,           )
21                                  )
                Defendants.         )
22  ─────────────────────────────  )

23       This case involves alleged violations related to storm water pollution statutes and

24  regulations.  The parties are engaged in settlement discussions and to that end, on September 14,

25  2016, they participated in a conference call with this Court's ADR Program Case Administrator.

26  The parties have requested the assistance of a Magistrate Settlement Judge.  The ADR facilitator

27  indicated she would recommend that the Court assign this case to either a Magistrate Settlement

28  Conference Judge or a mediator.  Due to the Court's congested calendar, in either event, it

appears that the settlement conference or mediation will not take place until December, 2016 or later.

The parties wish to preserve the resources necessary to settle the case, rather than spend them on case management and discovery procedures.  Accordingly, the parties are requesting a continuance of all current deadlines to allow them to complete either a settlement conference or a mediation within the next 120 days.

Accordingly, the parties hereby request the Court enter an order as follows:

(1)   The parties shall exchange the initial disclosures required under Federal Rule of Civil Procedure 26(a)(1) no later than February 15, 2017, as agreed upon by stipulation of the parties.

(2)   Both plaintiff and defendants shall serve their first interrogatories, requests for production of documents and requests for admission pursuant to Federal Rules of Civil Procedure 33, 34 and 36, respectively, no later than March 20, 2017.

(3)   Both plaintiff and defendants shall serve their first notices of deposition, pursuant to Federal Rule of Civil Procedure 30, no later than April 18, 2017.  Plaintiff anticipates deposing:

1.   Germon Medeiros

2.   Person most knowledgeable for Sonoma Soil Builders, Inc.

3.   Other witnesses that may be identified in the foregoing deposition and document discovery as possessing relevant information, for which leave of court under Federal Rule of Civil Procedure 30(a)(2) will be sought.

Defendants anticipate deposing individuals identified in discovery or at least one representative from plaintiff.

(4)   Depositions of the parties shall commence after July 17, 2017, at mutually convenient dates and times.

(5)   Both plaintiff and defendants shall serve subpoenas upon any third party witnesses no later than August 21, 2017, seeking the production of documents and/or depositions.

(6)   Plaintiff shall serve its experts' reports upon defendants, pursuant to Federal Rule of Civil Procedure 26(a)(2), no later than October 23, 2017.  The reports shall set forth the facts on which the expert relies and the process of reasoning by which the expert's conclusions are

1  reached.

2      (7)   Defendants shall serve their experts' rebuttal reports upon plaintiff, pursuant to

3  Federal Rule of Civil Procedure 26(a)(2), no later than November 27, 2017.

4      (8)   Depositions of the experts shall commence no later than December 11, 2017 for

5  plaintiff's experts and January 22, 2018 for defendants' experts.

6      (9)   All discovery shall be complete by February 19, 2018.

7      (10) The parties reserve the right to seek or to schedule additional discovery as may

8  become necessary, so long as it is completed by March 19, 2018.

9      In addition, the Case Management Conference will be continued to January 2̶3̶ 24, 2017.

10

11 Dated: September 16, 2016       LAW OFFICES OF STEPHAN C. VOLKER

12                                  s/   *Stephan C. Volker*
                                    Stephan C. Volker
13                                  Attorney for Plaintiff
                                    CALIFORNIA ENVIRONMENTAL PROTECTION
14                                  ASSOCIATION

15 Dated: September 16, 2016       BEYERS, COSTIN & SIMON

16                                  _____

17                                  Peter L. Simon
                                    Attorneys for Defendant
18                                  SONOMA SOIL BUILDERS, LLC

19

20                                  ORDER

21      IT IS SO ORDERED.

22 Dated: ___9/23/16___

23                                  KANDIS A. WESTMORE
                                    UNITED STATES DISTRICT MAGISTRATE JUDGE
24

25

26

27

28