Craig A. Brandt
Attorney at Law
5354 James Avenue
Oakland, CA 94618
(510) 601-1309
craigabrandt@att.net

Attorney for Plaintiff
CALIFORNIA ENVIRONMENTAL PROTECTION ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA ENVIRONMENTAL PROTECTION ASSOCIATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SONOMA SOIL BUILDERS, INC, a California corporation, SHILOH OAKS COMPANY, LLC, a California limited liability company,<br><br>Defendants. | Case No.: 4:15-cv-04880-KAW<br><br>**NOTICE OF SETTLEMENT** |

TO THE CLERK OF THE COURT, ANY INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff California Environmental Protection Association ("CEPA") and Defendants Sonoma Soil Builders, Inc. and Shiloh Oaks Company, LLC, Parties in the above-captioned action, have reached a settlement and executed a Settlement Agreement. The agreement is contingent upon the expiration of the federal agencies' 45-day review period.

NOTICE OF SETTLEMENT – Page 1

PLEASE TAKE FURTHER NOTICE that, in accordance with Title 33 United States Code Section 1365(c), no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed consent agreement by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency. *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)).

The regulatory agencies' review period will end on or about July 1, 2018; if any of the reviewing agencies object to the proposed agreement, the parties would require additional time to meet and confer and attempt to resolve the agencies' concerns. Consequently, the parties submit that good cause exists to set **July 15, 2018**, as the deadline for the filing of a Stipulation for Dismissal of Plaintiff's Claims with Prejudice, or a Notice that the settlement is null and void.

Dated:  May 11, 2018                                              Respectfully,

By: ___/S/   Craig A. Brandt___
Craig A. Brandt
Attorney for Plaintiff

## PROOF OF SERVICE

I, Craig A. Brandt, hereby declare:

My business address is the Law Offices of Craig A. Brandt, 5354 James Avenue, Oakland, California 94618.

On May 11, 2018, I served the following document described as

**NOTICE OF SETTLEMENT**

By the ECF system to counsel for Defendant as follows:

Peter Simon
Beyers Costin Simon, A Professional Corporation
200 Fourth Street, Ste 400
PO Box 878
Santa Rosa, CA  95402-0878

psimon@beyerscostin.com

Marlon V. Young
Merrill, Arnone & Jones
3554 Round Barn Boulevard, Suite 300
Santa Rosa, CA  95303

myoung@majlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2018

By: ___/S/ Craig A. Brandt_____
Craig A. Brandt
Attorney for Plaintiff

NOTICE OF SETTLEMENT – Page 3