Craig A. Brandt (SBN 133905)
Attorney at Law
5354 James Avenue
Oakland, CA 94618
(510) 601-1309
craigabrandt@att.net
Attorney for Plaintiff
CALIFORNIA ENVIRONMENTAL PROTECTION ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA ENVIRONMENTAL PROTECTION ASSOCIATION, a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>SONOMA SOIL BUILDERS, INC, a California corporation, SHILOH OAKS COMPANY, LLC, a California limited liability company,<br><br>            Defendant. | Case No.:  4:15-cv-04880-KAW<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE; [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE (FRCP 41(a)(2)]** |

Plaintiff CALIFORNIA ENVIRONMENTAL PROTECTION ASSOCIATION ("CEPA") and Defendants SONOMA SOIL BUILDERS, INC. ("SSB") and SHILOH OAKS COMPANY, LLC ("SHILOH"), hereby stipulate as follows:

WHEREAS, on October 23, 2015, CEPA filed the Complaint in this matter against Defendant SSB, and on June 9, 2016, CEPA filed a First Amended Complaint against SSB;

WHEREAS, on October 2, 2017, CEPA filed a Second Amended Complaint against SSB and Defendant SHILOH;

WHEREAS, CEPA, SSB and SHILOH (the "settling parties"), through their authorized representatives, and without either adjudication of CEPA's claims or admission by SSB or SHILOH of any alleged violation or other wrongdoing, have chosen to resolve in full by way of

1

STIPULATION FOR DISMISSAL WITH PREJUDICE

settlement the allegations of CEPA as set forth in the Complaint, thereby avoiding the costs and uncertainties of further litigation;

WHEREAS, the Settling Parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice (the "federal agencies") for a 45-day statutory review period, consistent with 33 U.S.C. 1365(c) and 40 C.F.R. 135.5, and that review period has expired. The federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Settling Parties that CEPA's claims, as set forth in its Complaints, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: July 6, 2018                          Respectfully,
                                             Craig A. Brandt



                                             By: ___/s/__Craig A. Brandt_____
                                                 Craig A. Brandt
                                                 Attorney for Plaintiff

Dated:  July 6, 2018                         Respectfully,
                                             Peter L. Simon



                                             By: ___/s/_Peter L. Simon_____
                                                 Peter L. Simon
                                                 Attorney for Defendant SONOMA
                                                 SOIL BILDERS, INC.

STIPULATION FOR DISMISSAL WITH PREJUDICE

Dated:  July 6, 2018

Respectfully,
Marlon V. Young


By:  ___/s/  Marlon V. Young_____
        Marlon V. Young
        Attorney for Defendant
        SHILOH OAKS, LLC


## ATTESTATION FOR E-FILING

I hereby attest pursuant to Civil L.R. 5-1(i)(3) that I have obtained concurrence in the filing of this document from the other Signatories prior to filing.


Dated: July 6, 2018                By:  ___/s/   Craig A. Brandt_____

## [PROPOSED] ORDER

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Environmental Protection Association's claims against Defendants Sonoma Soil Builders, Inc. and Shiloh Oaks Company, LLC, as set forth in CEPA's Complaints, are hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:  ___7/10/18_____       _____Kandis Westmore_____
                                                 KANDIS A. WESTMORE
                                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR DISMISSAL WITH PREJUDICE